## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **TERRAH C. MORRIS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:15cv00675** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MRS. FLETCHER,** *et al.,* | ) | **By: Robert S. Ballou** |
| **Defendants.** | ) | **United States Magistrate Judge** |

Pursuant this court's Standing Order No. 2013-6, defendant Dr. Smith is hereby

**DIRECTED** to file a motion for summary judgment supported by affidavits in the above

referenced matter within thirty days of the entry of this order.

The Clerk of the Court is directed to copies of this Order to the parties.

Enter: June 29, 2016

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge