IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TERAH C. MORRIS,** | ) | Civil Action No. 7:15cv00675 |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| **MRS. FLETCHER,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

     Terah C. Morris, a Virginia inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 alleging denial of medical and mental health evaluation and treatment concerning Gender Identity Disorder. I referred the matter, including pending motions for preliminary injunctive relief and summary judgment, to United States Magistrate Judge Pamela Meade Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report, finding that Morris failed to demonstrate that preliminary injunctive relief or summary judgment in his favor is appropriate. Accordingly, the Magistrate Judge recommends that I deny Morris's motions seeking preliminary injunctive relief and summary judgment. Neither party filed objections to the Report and Recommendation within the time allotted. Having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, I agree with the Magistrate Judge's recommendation.

     Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (Docket No. 141) is **ADOPTED**; Morris's motions seeking preliminary injunctive relief (Docket Nos. 52, 70, 80, 119, and 126) are **DENIED**; and Morris's motions for summary judgment (Docket Nos. 82, 111, and 117) are **DENIED**.

     The Clerk of the Court is directed to send a copy of this order to the parties.

     **ENTER**: This _13th_ day of January, 2017.

                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE