IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERAH C. MORRIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00675 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MRS. FLETCHER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Dr. Smith's motion to dismiss on the basis of qualified immunity (Docket No. 88) is **DENIED**. Dr. Smith has also filed two motions for summary judgment which I will address by separate order.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    **ENTER**: This __27th__ day of March, 2017.

 

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

.