IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERAH C. MORRIS, | ) | Civil Action No. 7:15cv00675 |
|     Plaintiff, | ) | |
| | ) | **FINAL ORDER ADOPTING** |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| MRS. FLETCHER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

Terah C. Morris, a Virginia inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983, alleging that defendants failed to provide him adequate medical treatment for gender identity disorder. The only remaining issue before me is Morris's claim that Dr. McDuffie, Dr. Smith, and Nurse Phipps failed to provide Morris with hormone shots. I referred the matter to United States Magistrate Judge Pamela Meade Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

The Magistrate Judge filed a report, finding that there is no genuine dispute of material fact that Phipps did not deny hormone shots to Morris and that there is no genuine dispute of material fact that Drs. Smith and McDuffie were not deliberately indifferent to a serious medical need of Morris. Accordingly, the Magistrate Judge recommends that I grant defendants' motions for summary judgment and deny Morris's motion for summary judgment. None of the parties have filed objections to the Report and Recommendation within the time allotted. Having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, I agree with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation (Docket No. 262) is **ADOPTED** in its entirety; defendants' motions for summary judgment (Docket Nos. 230, 232, and 241) are **GRANTED**; Morris's

motion for summary judgment (Docket No. 239) is **DENIED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this order to the parties.

**ENTER**: This __5th__ day of March, 2018.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE