# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |
|---|---|
| TERAH MORRIS,<br><br>                                      *Plaintiff*,<br><br>v.<br><br>STEPHANIE FLETCHER, *ET AL.*,<br><br>                                      *Defendants*. | CASE NO. 7:15-cv-00675<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, the Court **OVERRULES** Plaintiff's objections to the R&R (dkt. 264), **ADOPTS** the Magistrate Judge's R&R in full (dkt. 262), **GRANTS** Defendants' motion for summary judgment (dkts. 230, 232, & 241), **DENIES** Plaintiff's motion for summary judgment (dkt. 239), and directs the Clerk of Court to remove this matter from the active docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, and to Judge Pamela Sargent.

Entered this __2nd__ day of May, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE